IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| ULTRAFLEX SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GEORGE S. MAY INTERNATIONAL CORPORATION, <br><br> Defendant. | Case Number 3:10-mc-00003-JLH <br><br> Civil Action <br><br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff Ultraflex Systems, Inc. and Defendant George S. May International Company, the parties hereto, that whereas neither party hereto is an infant, incompetent person for whom a committee or conservatee has been appointed and no person not a party has an interest in the subject matter of the action, Plaintiff hereby discontinues and dismisses all of its claims asserted against Defendant in the above-captioned action *with prejudice*, all parties to bear their own attorney's fees, costs and expenses.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: December ___, 2010


**HARDIN, JESSON & TERRY, PLC**

*Attorneys for Plaintiff*
  *Ultraflex Systems, Inc.*
5000 Rogers Avenue, Suite 500
Fort Smith, Arkansas 72917

By: _____
      Rex M. Terry

**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C**

*Attorneys for Defendant*
  *George S. May International Company*
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201

By: _____
      Byron L. Freeland

SO ORDERED.

_____
United States District Judge/United States Magistrate